UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOM BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-2173-G (BN) |
| BARRY GORE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff's unopposed motion to dismiss claims against all remaining defendants (docket entry 87) is **GRANTED**.  Therefore, plaintiff's claims against defendants Barry Gore, Dean Manson, Vertical Media Holdings, Inc., and Rick Modena are hereby **DISMISSED** and this case is **CLOSED**.  All costs shall be borne by the party incurring same.

**SO ORDERED**.

May 27, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**